# EXHIBIT 2

**Exhibit 2 to Complaint**
**Infringement Claim Chart**
**U.S. Patent No. 12,465,826**

**All Racquet Sports, LLC and All For Padel S.L.**
**AdiPower Pro**

The claim chart set forth below is provided based on information to date and may not be exhaustive. Plaintiff's investigation is ongoing. Plaintiff reserves the right to supplement and/or amend this exemplary infringement contention claim chart to identify additional asserted claims, accused products/instrumentalities, and/or to further identify where each element of each asserted claim is found in each accused product. For example, Plaintiff reserves the right to supplement and/or amend this exemplary infringement contention chart in view of any future discovery obtained from Defendants and/or third parties during the pendency of this litigation.

As used in claim chart below, the "Adidas Accused Product(s)" include without limitation the following: the pickleball game paddles produced by Defendants All Racquet Sports, LLC ("All Racquet Sports") and All For Padel S.L. ("All For Padel) (collectively, "Defendants") including, but not necessarily limited to, AdiPower Pro, as well as any other Defendant product that shares a similar structure/configuration and/or operates in a manner consistent with the theory of infringement outlined in the claim chart below. Plaintiff contends that the Adidas Accused Product(s)—which is also herein referred to as the "AdiPower Pro"—practices each of the claims of U.S. Patent No. 12,465,826 ("the '826 Patent") identified in the claim chart below in the manner shown and/or explained.

The Adidas Accused Product(s)—along with the associated photographs and documents—discussed, cited, and/or otherwise referenced herein are representative in all material aspects of all other Accused Product(s) identified herein.

1

| | U.S. Patent No. 12,465,826 | AdiPower Pro |
|---|---|---|
| | **Claim1** | |
| **1 [pre]** | A pickleball paddle, comprising: | The AdiPower Pro Paddle is a pickleball paddle. https://allracquetsports.com/pickleball/6923-adidas-adipower-pro-edt-14mm-pickleball-paddle-8435739407905.html. |

2

| U.S. Patent No. 12,465,826 | AdiPower Pro |
|---|---|
| | |
| **1.a**    a front surface; | The AdiPower Pro Paddle includes a front surface (labeled A, below): |

3

| U.S. Patent No. 12,465,826 | AdiPower Pro |
|---|---|
| | Front surface |
| **1.b** a back surface opposing the front surface; | The AdiPower Pro Paddle includes a back surface (labeled B, below) opposing the front surface: |

4

| U.S. Patent No. 12,465,826 | AdiPower Pro |
|---|---|
| | |
| **1.c** | a core disposed between the front surface and the back surface, | The AdiPower Pro Paddle includes a core disposed between the front surface and the back surface, specifically a "low-density |

| U.S. Patent No. 12,465,826 | AdiPower Pro |
|---|---|
| | core. *See* https://allracquetsports.com/pickleball/6923-adidas-adipower-pro-edt-14mm-pickleball-paddle-8435739407905.html.<br><br><br><br>*See also* https://www.youtube.com/watch?v=A29kL-zm-JU: |

6

| U.S. Patent No. 12,465,826 | AdiPower Pro |
|---|---|
| | |
| **1.d**    the core having an outer boundary including a first portion shaped and dimensioned to terminate internal to, and spaced apart from, | The AdiPower Pro Paddle includes a core having an outer boundary including a first portion shaped and dimensioned to terminate internal to, and spaced apart from, an internal perimeter of the pickleball paddle, and a second portion shaped and dimensioned to terminate closer to the internal perimeter of the pickleball paddle relative to the first portion: |

| U.S. Patent No. 12,465,826 | AdiPower Pro |
|---|---|
| an internal perimeter of the pickleball paddle, and a second portion shaped and dimensioned to terminate closer to the internal perimeter of the pickleball paddle relative to the first portion | |
| **1.e** a gap formed as a void external to the core and positioned between the outer boundary of the core and the internal perimeter of the pickleball paddle, | The AdiPower Pro Paddle includes a gap formed as a void external to the core and positioned between the outer boundary of the core and the internal perimeter of the pickleball paddle: |

| | U.S. Patent No. 12,465,826 | AdiPower Pro |
|---|---|---|
| | | |
| **1.f** | the gap extending around at least the first portion of the outer boundary of the core; | The AdiPower Pro Paddle includes a gap extending around at least the first portion of the outer boundary of the core: |

9

| | U.S. Patent No. 12,465,826 | AdiPower Pro |
|---|---|---|
| | | |
| **1.g** | a first filler disposed within at least a portion of the gap beyond the outer boundary of the core; | The AdiPower Pro Paddle includes a first filler disposed within at least a portion of the gap beyond the outer boundary of the core: |

| U.S. Patent No. 12,465,826 | AdiPower Pro |
|---|---|
| | <br><br>*See also* https://thekitchenpickle.com/blogs/gear/adidas-adipower-pickleball-paddles-expert-review ("TriFoam edge reinforcement: EVA foam reinforcement along the perimeter stabilizes the paddle face and reduces vibration."): |

| | U.S. Patent No. 12,465,826 | AdiPower Pro |
|---|---|---|
| | | |
| **1.h** | a frame disposed about at least a head portion of the pickleball paddle along an edge portion thereof, | The AdiPower Pro Paddle includes a frame disposed about at least a head portion of the pickleball paddle along an edge portion thereof: |

| | U.S. Patent No. 12,465,826 | AdiPower Pro |
|---|---|---|
| | | |
| **1.i** | the frame at least partially disposed between the front surface and the back surface along the edge portion, | The AdiPower Pro Paddle includes a frame at least partially disposed between the front surface and the back surface along the edge portion: |

13

| | **U.S. Patent No. 12,465,826** | **AdiPower Pro** |
|---|---|---|
| | | |
| **1.j** | the frame defining a hollow interior portion; and | The AdiPower Pro Paddle includes a frame defining a hollow interior portion (with filler): |

14

|  | U.S. Patent No. 12,465,826 | AdiPower Pro |
|---|---|---|
|  |  | |
| 1.k | a second filler disposed within at least a portion of the hollow interior portion of the frame. | The AdiPower Pro Paddle includes a second filler disposed within at least a portion of the hollow interior portion of the frame: |

15

| U.S. Patent No. 12,465,826 | AdiPower Pro |
|---|---|
| |  |

16