**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SPORT SQUAD, INC. D/B/A JOOLA, | |
| Plaintiff, | C.A. No. 1:26-cv-00406-UNA |
| v. | **JURY TRIAL DEMANDED** |
| ALL RACQUET SPORTS, LLC, and ALL FOR PADEL S.L. | |
| Defendant. | |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Sport Squad, Inc. D/B/A JOOLA states that its parent corporation is JOOLA Inc. No publicly held corporation owns 10% or more of its stock.

Dated: April 10, 2026

/s/ Steven L. Caponi
Steven L. Caponi (No. 3484)
steven.caponi@klgates.com
Matthew B. Goeller (No. 6283)
matthew.goeller@klgates.com
K&L Gates LLP
600 N. King St. Suite 901
Wilmington, Delaware 19801
Telephone: (302) 416-7080

*Attorneys for Plaintiff Sport Squad, Inc. D/B/A JOOLA*